James J. Little, Esq. (SBN 123373)
J.J. LITTLE & ASSOCIATES
11500 West Olympic Boulevard, Suite 360
Los Angeles, California 90064
Tel: (310) 622-9527
Fax: (310) 477-9527

Attorneys for Plaintiff
Jamison Law Group LTD, a Nevada corporation,
d/b/a CreditCRM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamison Law Group LTD, a Nevada corporation, d/b/a CreditCRM, <br><br> Plaintiff, <br><br> v. <br><br> DisputeSuite.com LLC, a Florida Limited Liability Company, Michael Citron, an individual, Brett Ryckman, an individual, and DOES 1 through 20, <br><br> Defendants. | Case No. CV09-1130 GAF (CTx) <br><br> **NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

NOW COMES Plaintiff Jamison Law Group, pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, and, in light of a settlement agreement reached between the parties, hereby

///

///

///

///

///

- 1 -
NOTICE OF DISMISSAL

1 | dismisses this action without prejudice, with all parties paying their own costs and attorney's
2 | fees.

Date: June 18, 2009

Respectfully Submitted,

J.J. LITTLE & ASSOCIATES

By: /S/ *James J. Little*
James J. Little
Attorneys for Plaintiff
Jamison Law Group LTD, a Nevada corporation, d/b/a CreditCRM

**PROOF OF SERVICE – (1013A, 2015.5 C.C.P.)**

I am over the age of 18 years and am employed at 11500 West Olympic Boulevard, Suite 360, Los Angeles, California 90064.

On June 18, 2009, I caused the following document(s) entitled:

**NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

To be served on the interested parties in this action, addressed as follows:

| | |
|---|---|
| Michael Citron<br>7235 US Highway 19<br>Newport Richey, Florida 34652 | DisputeSuite.Com LLC<br>7235 US Highway 19, 4-117<br>Newport Richey, Florida 34652 |

Brett Ryckman
7235 US Highway 19
Newport Richey, Florida 34652

[ X ]  **BY U.S. MAIL:** I caused a true copy of the foregoing documents to be served by U.S. Mail by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid; or by placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

[ ]  **BY FACSIMILE:** I cause a true copy of the foregoing documents to be served by facsimile transmission at the time shown on each attached transmission report to each interested party at the facsimile number as shown above. Each transmission was reported as complete and without error.

[ ]  **BY PERSONAL SERVICE:** I caused a true copy of the foregoing documents to be delivered to the hands of the addressee.

I declare, under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed on June 18, 2009, at Los Angeles, California.

Christine Mills

Proof of Service